58 A.3d 733

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER,
v. RICHARD CHESLER, DEFENDANT–
RESPONDENT.

September 9, 2011.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the trial court for a statement of reasons for imposing the downgraded sentence. Jurisdiction is not retained.

58 A.3d 733

BOROUGH OF VICTORY GARDENS AND BETTY SIMMONS, INDI-VIDUALLY AND AS MAYOR OF VICTORY GARDENS, PETI-TIONERS–PETITIONERS, v. STATE OF NEW JERSEY AND COMMISSIONER OF EDUCATION OF THE STATE OF NEW JERSEY AND DOVER SCHOOL DISTRICT, RESPONDENTS–RESPONDENTS.

September 22, 2011.

ORDERED that the petition for certification is granted, vacated and the matter is summarily remanded to the Appellate Division to consider on the merits.